COLLIER & BASIL, P.C.
P.O. Box 3720
Princeton, NJ 08543-3720
609-924-2213
Attorneys for Plaintiff



RECEIVED
FEB 1 2 2007
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| BUYING FOR THE HOME, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBLE ABODE, LLC, *et al.*,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 03-CV-2783 (JAP)<br><br><br><br>STIPULATION AND ORDER OF<br>SETTLEMENT |

This matter having been opened to the Court on the joint application of all parties, and it appearing that the parties have resolved this action by settlement without any admission or adjudication of fact or law, and it further appearing that the parties have consented to the terms of this Stipulation and Order as is evidenced by the signatures of all counsel of record, and good cause having been shown,

IT IS, on this 6th day of February, 2007, STIPULATED as follows:

1. This Complaint and the Counterclaim are hereby dismissed with prejudice and without costs or fees against any party.

2. Plaintiff Buying for the Home, Inc. shall pay to defendant Humble Abode, LLC the sum of ten thousand dollars ($10,000.00) in four equal monthly installments commencing on March 1, 2007.

3. All web sites owned or operated by plaintiff Buying for the Home, Inc. and defendant Humble Abode, LLC shall be prohibited from using the other party's name and any trademark, trade name, service mark, or product name owned by the other party and used on its web site(s).

4. Nothing in this Stipulation and Order shall be construed as prohibiting the use of any trademarks, trade names, service marks, product names, photographs, or other materials belonging to or obtained from third parties, including, but not limited to, manufacturers or vendors of products or services marketed on the web sites of the parties to this action.

5. Each party to this action hereby and forever releases and discharges all persons and entities who were or are named at any time as adversary parties in the pleadings in this action, and their successors, assigns, officers, directors, shareholders, employees, agents, representatives, and attorneys, from any and all claims, demands, actions, causes of action, suits, grievances, proceedings, complaints, charges, liabilities, losses, damages and remedies of any kind whatsoever, whether known or unknown, which the releasing party now has, ever had, or hereafter may have, including, but not

limited to, all claims which were asserted or could have been asserted in this action and all claims which could be asserted now or in the future under: (a) the common law, whether in law or in equity, including, but not limited to, theories of tort, strict liability, contract (whether written or oral, express or implied), quasi-contract, defamation, malicious prosecution, abuse of process, or violation of public policy; (b) any federal, state, or local law, statute, regulation, rule, or inherent power, expressly including, but not limited to, the Lanham Act, the Sherman Act, 28 U.S.C. § 1927, and Rule 11 of the Federal Rules of Civil Procedure; (c) any provision of the Constitution of the United States, the State of New Jersey, the State of California, or any other state; and (d) any provision of any other law, common or statutory, of the United States, New Jersey, California, or any other state.

6. The Release set forth in paragraph 5 of this Stipulation may be pleaded as a complete bar to any action or suit before any court, administrative body or arbitration tribunal.

7. The Release set forth in paragraph 5 of this Stipulation shall not apply to: (a) any claim that may arise after the date of this Stipulation; and (b) any claim for enforcement of any obligation under this Stipulation.

8. The Court shall retain jurisdiction over this action solely for purposes of enforcing the terms of this Stipulation and Order.

We hereby consent to the form and entry of this Stipulation and Order, and represent that our clients have authorized us to do so.

| | |
|---|---|
| COLLIER & BASIL, P.C.<br>Attorneys for Plaintiff Buying for the Home, Inc. & Cross-Claim Defendant Steven J. Ross | BRAGAR WEXLER & EAGEL, P.C.<br>Attorneys for Defendants |
| By  /s/ *Richard F. Collier, Jr.*<br>   RICHARD F. COLLIER, JR.<br>   A Director of the Firm | By  /s/ *Ronald D. Coleman*<br>   RONALD D. COLEMAN<br>   A Member of the Firm |

SO ORDERED this 9th day of February, 2007.

_____
JOEL A. PISANO, U.S.D.J.